UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

| | |
|---|---|
| STANLEY EDOUARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MILLER'S ALE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, Miller's Ale House, Inc. ("Defendant"), by and through its undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files its Notice of Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiff, Stanley Edouard ("Plaintiff"), from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about July 23, 2013, Plaintiff filed a Complaint in the Circuit Court in and for Miami-Dade County, Florida, captioned <u>Stanley Edouard v. Miller's Ale House, Inc.</u> (the "Circuit Court case."). The Circuit Court case was assigned case number 13-24788 CA 01. In his Complaint, Plaintiff alleges: discrimination based on race in violation of the Florida Civil Rights Act ("FCRA") and 42 U.S.C. § 1981 ("Section 1981") (Counts I and II, respectively); hostile work environment based on race in violation of Section 1981 (Count III); and retaliatory discharge in violation of Section 1981 (Count IV).

2. Because Plaintiff has asserted claims under Section 1981, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §§ 1331 and 1441(a).

3. Plaintiff's state law claim under the FCRA falls under the Court's supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367.  In the interest of judicial economy, Defendant requests that this Court exercise supplemental jurisdiction over Plaintiff's FCRA claim as it stems from the same set of facts as does his Section 1981 claims, and because it forms part of the same case or controversy as Plaintiff's Section 1981 claims.

4. Defendant's registered agent was served with the Complaint on July 26, 2013.  Therefore, this Notice is being filed within thirty days after Defendant's receipt of the pleading setting forth the claim for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

5. Copies of all process, pleadings, and orders of every kind served upon Defendant are attached to this Notice as Exhibit "A," as required by 28 U.S.C. § 1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action and has filed a copy of this Notice in the County Court in and for Miami-Dade County, Florida.

7. The United States District Court for the Southern District of Florida includes the judicial county in which Plaintiff filed his Complaint.  Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendant, Miller's Ale House, Inc., respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action

from the Circuit Court and direct that the Circuit Court in and for Miami-Dade County, Florida has no further jurisdiction of this matter unless and until this case is remanded.

Dated: August 15, 2013

                         Respectfully submitted,

                         JACKSON LEWIS LLP
                         390 North Orange Avenue, Suite 1285
                         Post Office Box 3389
                         Orlando, Florida 32802-3389
                         Telephone:   (407) 246-8440
                         Facsimile:    (407) 246-8441

By:   *s/Keith L. Hammond*
       Keith L. Hammond, Esq.
       Florida Bar No. 0164798
       E-mail: *hammondk@jacksonlewis.com*

       Jason D. Berkowitz, Esq.
       E-mail: *berkowitzj@jacksonlewis.com*
       Florida Bar No. 0055414
       Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this15th day of August 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified on the attached Service List in the manner specified below

                         *s/ Keith L. Hammond*
                         Keith L. Hammond, Esq.

## SERVICE LIST

Stanley Edouard v. Miller's Ale House, Inc.
Case No. _____
United States District Court, Southern District of Florida

Jason S. Remer, Esq.
Brody M. Shulman, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Counsel for Plaintiff
Method of Service: CM/ECF

4830-0774-1461, v. 1