UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:13-CIV-22941-COOKE/TURNOFF

STANLEY EDOUARD,
And other similarly-situated individuals,

        Plaintiff(s),

vs.

MILLER'S ALE HOUSE,

        Defendant.
_____/

## MEDIATOR'S REPORT

    Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

    The Mediation was held on the 9th day of October, 2013 at 1:30 p.m. All Parties were present.

    An Agreement was reached. The case is SETTLED.

    Dated this 10th day of October, 2013

                              */s/ Neil Flaxman*
                              Neil Flaxman, Esq.
                              Florida Bar No. 025299
                              Phone: (305) 810-2786 Fax: (305) 810-2824